No. 261. CITY AND COUNTY OF SAN FRANCISCO *v.* SKELLY OIL CO. ET AL.; No. 262. CITY OF SAN DIEGO *v.* SKELLY OIL CO. ET AL.; No. 266. STANDARD OIL CO. OF TEXAS, A DIVISION OF CHEVRON OIL CO. *v.* FEDERAL POWER COMMISSION; and No. 388. MOBIL OIL CORP. ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 10th Cir. Certiorari granted. Cases are consolidated with other "Permian Basin Area Rate Cases" (388 U. S. 906; *supra,* at 805) and set for argument on Monday, December 4, 1967. Briefs of those parties supporting the order of the Federal Power Commission shall be filed on or before November 1, 1967, and of those attacking said order shall be filed on or before November 20, 1967. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Thomas M. O'Connor* for petitioner in No. 261. *Edward T. Butler* for petitioner in No. 262. *Francis R. Kirkham* and *Justin R. Wolf* for petitioner in No. 266. *Tom P. Hamill, William H. Tabb* and *Carroll L. Gilliam* for petitioners in No. 388. Reported below: 375 F. 2d 6.

No. 309. AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL. *v.* CARROLL ET AL.; and No. 310. CARROLL ET AL. *v.* AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL. C. A. 2d Cir. Certiorari granted. The cases are consolidated and two hours are allotted for oral argument. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Henry Kaiser, Eugene Gressman, George Kaufmann, Ronald Rosenberg* and *David I. Ashe* for petitioners in No. 309 and respondents in No. 310. *Godfrey P. Schmidt* for respondents in No. 309 and petitioners in No. 310. Reported below: 372 F. 2d 155.